### *Cornelius C. Beekman* v. *Benjamin Franker.*

IT was ruled that ignorance of the necessity of employing an attorney, previous to the trial of the cause, is not sufficient to induce the court to set aside

a regular default and subsequent proceedings, though accompanied with a strong affidavit of merits.

